UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| TRISH REED, ) | Case No. 16-41315-705 |
| ) | Chief Judge Kathy A. Surratt-States |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| HOUSING AUTHORITY OF ) | **Adversary No. 16-4093-659** |
| ST. LOUIS COUNTY, ) | |
| ) | **PUBLISHED** |
| Plaintiff, ) | |
| ) | |
| -v- ) | |
| ) | |
| TRISH REED, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Upon consideration of the record as a whole, and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** judgment on the Complaint is entered in favor of Plaintiff Housing Authority of St. Louis County and against Debtor/Defendant Trish Reed in that the debt for excess rental assistance in the amount of $8,694.00 is excepted from discharge pursuant to Section 523(a)(B); and this is the final judgment and order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: April 26, 2017
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Housing Authority of St. Louis County
c/o Jacobson Press & Fields P.C.
168 N. Meramec Avenue - Suite 150
Clayton, MO 63105

Matthew B Vianello
Jacobson Press & Fields, P.C.
168 N. Meramec Avenue - Suite 150
Clayton, MO 63105

Trish Reed
4358 Blythewood Dr
Florissant, MO 63033

-2-